<span style="color:red">**FILE COPY**</span>



# Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 27, 2015

James B. Johnston
EASTERWOOD, BOYD &
 SIMMONS, P.C.
P.O. Box 273
Hereford, TX 79045
* DELIVERED VIA E-MAIL *

Shalyn Hamlin
County/District Attorney
 Castro County
100 East Bedford, Room 213
Dimmitt, TX 79027
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-14-00260-CR, 07-14-00261-CR
Trial Court Case Numbers: A3223-0905, A3224-0905

**Style:** Idelfonso Ramirez v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Robert W. Kinkaid, Jr. (DELIVERED VIA E-MAIL)
Joanna Blanco (DELIVERED VIA E-MAIL)